# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 2:13-cr-099-LDG-PAL |
| TAMAS HORVATH, | ) | |
| Defendant. | ) | **ORDER** |

On July 11, 2013, the Court granted the Federal Public Defender's sealed "Emergency Ex-Parte Motion to Withdraw as Counsel for Defendant" (#33). Charles E. Kelly, Esq. was present at the hearing and accepted the appointment. (#37) Therefore;

IT IS HEREBY ORDERED that Charles E. Kelly, Esq. is appointed as counsel for Tamas Horvath in place of the Federal Public Defender.

IT IS FURTHER ORDERED that the Federal Public Defender shall forward the file to Mr. Kelly forthwith.

DATED this 18th day of July, 2013.

Nunc Pro Tunc Date: July 11, 2013.

PEGGY A. LEEN
United States Magistrate Judge