1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                              DISTRICT OF NEVADA
8                                    * * *
9   UNITED STATES OF AMERICA,        )
                                     )
10                 Plaintiff,        )
                                     )
11  vs.                              )              2:13-cr-099-LDG-PAL
                                     )
12  TAMAS HORVATH,                   )
                                     )
13                 Defendant.        )              **ORDER**
    _____ )
14
15          On December 5, 2013, the Court granted Charles E. Kelly, Esq.'s "Motion to
16  Withdraw" (#55) and ordered new counsel appointed (#56).  Therefore;
17          IT IS HEREBY ORDERED that Jeremy Delicino, Esq. is appointed as counsel for
18  Tamas Horvath in place of Charles E. Kelly, Esq. for all future proceedings.
19          IT IS FURTHER ORDERED that Mr. Kelly shall forward the file to Mr. Delicino
20  forthwith.
21          DATED this _____6_____ day of December, 2013.
22          Nunc Pro Tunc Date: December 6, 2013.
23
24                                          _____
                                            LLOYD D. GEORGE
25                                          United States District Judge
26
27
28