# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:13-cr-00099-LDG (PAL) |
| v. | **ORDER** |
| TAMAS HORVATH, | |
| Defendant. | |

Defendant Tamas Horvath has filed a Motion for Clarification of Sentence Pronouncement and Structure (#67). After reviewing the Judgment, the Court concludes that a clarification is not necessary. Accordingly,

THE COURT **ORDERS** that Defendant Tamas Horvath's Motion for Clarification (#67) is DENIED.

DATED this ___8___ day of December, 2016.

Lloyd D. George
United States District Judge