# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|      Plaintiff, | Case No. 2:13-cr-00099-LDG (PAL) |
| v. | **ORDER** |
| TAMAS HORVATH, | |
|      Defendant. | |

For good cause shown,

THE COURT **ORDERS** that Defendant's Motion for Transcript at Federal Expense (ECF No. 77) is DENIED.

DATED this ___ day of April, 2017.

Lloyd D. George
United States District Judge