# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Tamas Horvath

                Petitioner,

   v.

USA

                Respondent.

JUDGMENT IN A CIVIL CASE

Civil Case Number: 2:18-cv-01234-LDG

Criminal Case Number: 2:13-cr-00099-LDG-PAL

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct this sentence is DENIED.

| | |
|---|---|
| 4/4/2019 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ S. Denson |
| | Deputy Clerk |