# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:13-cr-099-LDG (PAL) |
| v. | **ORDER** |
| TAMAS HORVATH, | |
| Defendant. | |

For good cause shown,

THE COURT **ORDERS** that Defendant Tamas Horvath's Motion for Leave to File a Late 28 U.S.C. §2255 Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 85) is DENIED;

THE COURT FURTHER **ORDERS** that Defendant Tamas Horvath's Motion for Order for United States Marshal to Transport to Federal Custody (ECF No. 86) is DENIED.

DATED this 18 day of February, 2020.

_____
Lloyd D. George
United States District Judge