# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TAMAS HORVATH,<br><br>　　　　Defendant. | Case No. 2:13-cr-00099-JAD-PAL-1<br><br>ORDER<br><br>ECF No. 101 |

　　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that upon consideration of Defendant's Request to Extend Deadline for Filing his Reply to Government's Response to Motion for Compassionate Release, that the Defendant's Deadline to file his Reply is extended to June 9, 2022.

　　　DATED this 31st day of May 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE